## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GrafTech International Ltd., f/k/a/ UCAR International Inc., and GrafTech International Holdings Inc., f/k/a UCAR Carbon Company Inc., | : CIVIL ACTION<br>:<br>:<br>: |
| Plaintiffs, | : |
| v. | : |
| ACE American Insurance Company, f/k/a CIGNA Insurance Company, a Pennsylvania Corporation, and Pacific Employers Insurance Company, a Pennsylvania Corporation, | :<br>:<br>:<br>: |
| Defendants. | : |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendants ACE American Insurance Company and Pacific Employers Insurance Company, by and through their attorneys White and Williams LLP, hereby remove this action from the Superior Court of the State of Delaware in and for New Castle County to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 1332(a) and 28 U.S.C. § 1441 and allege as follows:

1.      Plaintiffs commenced this action on or about August 23, 2012, by filing a Complaint in the Superior Court of the State of Delaware in and for New Castle County, Civil Action Number N12C-08-232, against Defendants ACE American Insurance Company and Pacific Employers Insurance Company.  A copy of the Complaint is attached as Exhibit A.

2.      Service of the Complaint occurred on or about August 24, 2012.   In the Complaint, Plaintiffs allege that Defendants breached the terms and conditions of an insurance policy by refusing to pay Plaintiffs' defense costs.  Plaintiffs further allege that Defendants acted

-2-

in "bad faith" by failing to complete the claims management process pursuant to the insurance policy.

3.      Defendants have filed this Notice of Removal within thirty (30) days of receipt of the Complaint as required by 28 U.S.C. § 1446.  The foregoing document constitutes all process, pleadings and orders served upon Defendants in this action to date.

4.      This Court has original jurisdiction over the subject matter of this action under 28 U.S.C. § 1332 because it is a civil action between citizens of different states and the amount in controversy is likely to exceed $75,000.00, exclusive of interest and costs.  Accordingly, this action may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441.

5.      Complete diversity of citizenship exists between Plaintiffs and Defendants:

a.      Plaintiff GrafTech International Ltd. is a Delaware corporation whose principal place of business is presently located in Parma, Ohio.

b.      Plaintiff GrafTech International Holdings Inc. is a Delaware corporation whose principal place of business is presently located in Parma, Ohio.

c.      Defendant ACE American Insurance Company is an insurance company organized under the laws of the Commonwealth of Pennsylvania, having its principal place of business in Philadelphia, Pennsylvania.

d.      Defendant Pacific Employers Insurance Company is an insurance company organized under the laws of the Commonwealth of Pennsylvania, having its principal place of business in Philadelphia, Pennsylvania.

6.      This case involves an amount in controversy that exceeds $75,000.00, exclusive of interest and costs.  Plaintiffs seek damages in excess of $1,000,000.00 resulting from

9912381v.1

Defendants' alleged breach of contract.   Plaintiffs further seek compensatory and punitive damages resulting from Defendants' alleged failure to act in good faith.

7.      By reason of the foregoing, this action is within the Court's removal jurisdiction pursuant to 28 U.S.C § 1441 and 28 U.S.C. § 1332.

8.      A true, correct and complete copy of this Notice of Removal will be filed with the Superior Court of the State of Delaware in and for New Castle County pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendants request that this action be removed from the Superior Court of the State of Delaware in and for New Castle County to the United States District Court for the District of Delaware, and that the District Court issue such orders and process as are necessary to preserve its jurisdiction over this matter.

Respectfully submitted,

WHITE AND WILLIAMS LLP


BY:   /s/ Marc S. Casarino
      Marc S. Casarino (DE #3613)
      824 N. Market Street, Suite 902
      P.O. Box 709
      Wilmington, DE  19899-0709
      Phone: 302.654.0424
      casarinom@whiteandwilliams.com

      *Attorneys for Defendants*
      ACE American Insurance Company and
      Pacific Employers Insurance Company


Dated:  September 17, 2012

9912381v.1