IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRAFTECH INTERNATIONAL LTD., and GRAFTECH INTERNATIONAL HOLDINGS INC., | : : : : |
| Plaintiffs, | : C.A. No. 1:12-cv-01139-RGA : |
| v. | : : |
| ACE AMERICAN INSURANCE CO., and PACIFIC EMPLOYERS INSURANCE CO., | : : : |
| Defendants. | : : |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs GrafTech International Ltd. and GrafTech International Holdings Inc. hereby dismiss this action without prejudice.

PROCTOR HEYMAN LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (# 3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300

OF COUNSEL:

*Attorneys for Plaintiffs GrafTech International Ltd. and GrafTech International Holdings Inc.*

KELLEY DRYE & WARREN LLP
Richard D. Milone
Washington Harbour, Suite 400
3050 K Street, NW
Washington, D.C. 20007
(202) 342-8425

Dated:  December 13, 2013